**Electronically Filed
Supreme Court
SCWC-30070
23-AUG-2013
01:53 PM**

SCWC-30070

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

COLLEEN P. COLLINS, Petitioner/Plaintiff-Appellant,

vs.

JOHN A. WASSELL, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30070; FC-D NO. 07-1-0206)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellant Colleen P. Collins's application for writ of certiorari filed on July 15, 2013, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, August 23, 2013.

Joy A. San Buenaventura
for petitioner

Andrew S. Iwashita
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

